

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RICKY LUKE AND DIANNE LUKE                                      PLAINTIFFS

VS.                                    CAUSE NO. 3:23-cv-152-MPM-DAS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
STATE FARM FIRE AND CASUALTY COMPANY,
AND JOHN AND JANE DOES PERSONS AND ENTITIES 1-10        DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS MATTER CAME BEFORE THE COURT on the motion *ore tenus* of the parties to dismiss this matter. The Court, being advised that Plaintiffs' claims against the Defendants have been resolved, finds the request to be well-taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Plaintiffs' claims against Defendants, and this entire action, are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 11 day of September, 2023.

_____
U. S. DISTRICT COURT JUDGE

AGREED TO AND APPROVED:

_____
Robert Ogletree, Esq. (MSB #10427)
Attorney for Plaintiffs

_____
Michael F. Myers, Esq. (MSB #3712)
Attorney for Defendants